UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CRAIG TROYER,

    Plaintiff,

vs.                              CASE NO.  1:20-cv-00057

FRONTER AIRLINES, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff hereby gives his notice of filing with the Court the following original Proof of Service of the Summons, along with Complaint and Jury Demand, to Cole Stender, clerk at Frontier Airlines, Inc., on January 14, 2020 by process server.

SPOHRER & DODD, P.L.

*/s/ Barry E. Newman*
Barry E. Newman, Esq.
Florida Board Certified Aviation Lawyer
Florida Bar No.: 0246300
Spohrer & Dodd, P.L.
76 S. Laura Street, Ste 1701
Jacksonville, FL 32202
(904) 309-6500
(904) 309-6501 Facsimile
bnewman@sdlitigation.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the CM/ECF system of the United States District Court, District of Colorado, this 23rd day of January, 2020.

    */s/ Barry E. Newman*
    Attorney