AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00057

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frontier Airlines, Inc.
was received by me on *(date)* 1/10/20 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cole Stender, clerk at Corporation Service Company, who is designated by law to accept service of process on behalf of *(name of organization)* Frontier Airlines, Inc. at 1900 W Littleton Blvd, Littleton, CO 80120 on *(date)* 1/14/20 at 10:11am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/22/20

*Server's signature*

Scott Snodgrass, Process Server
*Printed name and title*

c/o TRGT Legal, PO Box 1066
Pinellas Park, FL 33781
*Server's address*

Additional information regarding attempted service, etc:

Complaint + Jury Demand served with the Summons