IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00057-DDD-NYW

CRAIG TROYER,

    *Plaintiff*,

v.

FRONTIER AIRLINES, INC.,

    *Defendant*.

---

### ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for FRONTIER AIRLINES, INC.

Dated:  January 31, 2020

Respectfully submitted,

/s/ Brian T. Maye

Brian T. Maye
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com

Attorneys for Defendant Frontier Airlines, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 31, 2020, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the District of Colorado by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye