# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00057-DDD-NYW

CRAIG TROYER,

    *Plaintiff*,

v.

FRONTIER AIRLINES, INC.,

    *Defendant*.

___

## ENTRY OF APPEARANCE
___

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for FRONTIER AIRLINES, INC.

Dated: February 25, 2020          Respectfully submitted,

                                     /s/ Meaghan A. Fontein

                                     Meaghan A. Fontein
                                     Adler Murphy & McQuillen LLP
                                     20 S. Clark Street, Suite 2500
                                     Chicago, Illinois 60603
                                     Telephone: (312) 345-0700
                                     mfontein@amm-law.com

                                     Attorneys for Defendant Frontier Airlines, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 25, 2020, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the District of Colorado by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Meaghan A. Fontein