**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00057-DDD-NYW

CRAIG TROYER,

     *Plaintiff*,

v.

FRONTIER AIRLINES, INC.,

     *Defendant*.

_____

**DEFENDANT FRONTIER AIRLINES, INC.'S DISCLOSURE STATEMENT**

_____

     Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Frontier Airlines, Inc. discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Dated: March 10, 2020          Respectfully submitted,

                        /s/ Brian T. Maye

                        Brian T. Maye
                        Meaghan A. Fontein
                        Adler Murphy & McQuillen LLP
                        20 S. Clark Street, Suite 2500
                        Chicago, Illinois 60603
                        Telephone: (312) 345-0700
                        bmaye@amm-law.com
                        mfontein@amm-law.com

                        Attorneys for Defendant Frontier Airlines, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 10, 2020, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the District of Colorado by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye