**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**AMENDED STANDING ORDER REGARDING CIVIL PROCEEDINGS**
**FOR MAGISTRATE JUDGE NINA Y. WANG**
**(Effective March 16, 2020)**

As of March 13, 2020, the State of Colorado is reporting additional cases of the novel coronavirus, COVID-19, signaling "limited community spread." It appears that for the vast majority of people, consequences will be limited to flu-like symptoms. But for some, it can pose a serious risk including death. Though the business of the United States District Court for the District of Colorado and this judicial officer will continue, in order to support public health efforts to cabin the spread of the coronavirus and to protect the health of the Parties and counsel by minimizing their need to travel as well as the general public, the following measures are adopted in an abundance of caution. Accordingly, **IT IS ORDERED THAT**:

(1) All proceedings scheduled between March 16, 2020 up to and including April 7, 2020, except for criminal proceedings, are hereby **VACATED** and will be **RESET** pursuant to further Order of the court.

**Parties and/or counsel are advised to check information on the website of the United States District Court for the District of Colorado (www.cod.uscourts.gov) and specifically, for Magistrate Judge Wang for continuing information.**

DATED: March 13, 2020