# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| CRAIG TROYER, | ) | Case No.: 1:20-CV-00057 |
| | ) | |
| Plaintiff, | ) | **JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER** |
| v. | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER

Plaintiff CRAIG TROYER, ("Plaintiff") and Defendant FRONTIER AIRLINES, INC. ("Frontier"), each by their undersigned counsel, pursuant to Fed. R. Civ. P. 26 and LR 7-1, submit the following Joint Motion for Entry of Parties' Agreed Protective Order and state:

1. This civil action arises from an incident that occurred on February 8, 2010 onboard Frontier Flight 1746 from San Diego, California to Orlando, Florida. (ECF No. 1.) On January 14, 2020, Plaintiff filed his one-count Complaint against Frontier, seeking compensatory damages for negligence. *Id.*

2. In the course of discovery, both parties anticipate that they will produce certain materials which they, in good faith, believe contain sensitive security information, personal health information, trade secrets, proprietary information, research, technical, commercial, or financial information, and other confidential material.

3. In order to allow the parties to exchange materials which contain confidential information, the parties have agreed to the terms of an Agreed Protective Order, which will allow them to designate materials, as necessary, as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" pursuant to the terms and conditions set forth in the Agreed Protective Order. (Parties' Agreed Protective Order attached as Exhibit A.)

4. Nothing in the Parties' Agreed Protective Order creates any presumption about the actual confidentiality of any material or alters the normal burden of proof necessary for obtaining a protective order from the Court. *Id.*

5. Additionally, nothing in the Parties' Agreed Protective Order will prevent a party from using information or documents produced by another party pursuant to such Order during mediation, arbitration, deposition, trial, or any other proceeding in this litigation. *Id.*

6. Further, all materials filed with the Court that contain or make reference to designated confidential information shall be filed under seal in accordance with the requirements and procedures set forth in the Court's Local Rules. *Id.*

WHEREFORE, Plaintiff CRAIG TROYER, and Defendant FRONTIER AIRLINES, INC. respectfully request that this Honorable Court grant their Joint Motion for Entry of Agreed Protective Order, enter the attached Parties' Agreed Protective Order, and order any further relief this Court deems necessary and proper.

DATED this 7th day of April, 2020            Respectfully submitted,

**CRAIG TROYER**                             **FRONTIER AIRLINES, INC.**


/s/   Barry E. Newman                         /s/   Meaghan A. Fontein

Barry E. Newman,                              Brian T. Maye
SPOHRER & DODD, P.L.,                         Meaghan A. Fontein
76 S. Laura Street, Suite 1701                ADLER MURPHY & McQUILLEN LLP
Jacksonville, FL 32202                        20 South Clark Street, Suite 2500
Phone: (bnewman@sdlitigation.com)             Chicago, Illinois 60603
Email: bnewman@sdlitigation.com               Email: bmaye@amm-law.com
                                                     mfontein@amm-law.com

*Attorneys for Plaintiff*                     *Attorneys for Defendant FRONTIER AIRLINES, INC.*
*CRAIG TROYER*

## CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that I on the 7th day of April, 2020, the foregoing **JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER** was filed with the United States District Court for the District of Colorado using the CM/ECF System.

/s/ Meaghan A. Fontein

Brian T. Maye
Meaghan Fontein
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
mfontein@amm-law.com

BARRY E. NEWMAN, ESQ.
SPOHRER & DODD, P.L.
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
Phone: (904) 309-6500
Email: bnewman@sdlitigation.com