IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00057-DDD-NYW

CRAIG TROYER,

Plaintiff,

v.

FRONTIER AIRLINES, INC.,

Defendant.

___

**JOINT MOTION TO MODIFY SCHEDULING ORDER**
___

Plaintiff Craig Troyer ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Frontier") (collectively the "parties"), each by their undersigned counsel, hereby file their **JOINT MOTION TO MODIFY THE SCHEDULING ORDER,** seeking to extend the deadlines to disclose experts, complete discovery and file dispositive motions, as set forth in this Court's March 25, 2020 Order (ECF No. 14), by approximately 90 days each. The parties seek to extend these deadlines as follows:

- Extend the deadline for Plaintiff to disclose experts from September 18, 2020 to *December 18, 2020*;

- Extend the deadline for Frontier to disclose experts from October 19, 2020 to *January 19, 2021*;

- Extend the deadline for Plaintiff to disclose rebuttal experts from November 19, 2020 to *February 19, 2021*;

- Extend the discovery cutoff date from December 18, 2020 to *March 19, 2021*;

1

- Extend the deadline to file dispositive motions from January 18, 2021 to *April 20, 2021*.

The primary reason for this joint motion requesting an extension of deadlines is that despite the parties' best efforts, circumstances beyond their control have adversely affected their ability to conduct the discovery needed to comply with the deadlines in the Court's March 25, 2020 Order (ECF No. 14). These circumstances include the current COVID-19 pandemic that is making assembly and travel inadvisable, and, in some instances, forbidden by federal and state decrees. The parties now intend to take depositions remotely using teleconference, videoconference and/or web-based communication services.

Frontier intends to depose Plaintiff, who is located in Bradenton, Florida. Frontier also seeks to have Plaintiff examined pursuant to Fed. R. Civ. P. 35.  Before Plaintiff's deposition and the Rule 35 exam can take place, however, Frontier needs to obtain complete medical records related to Plaintiff's preexisting injuries and post-incident treatment. Frontier has nearly completed its efforts to obtain all the necessary medical records and anticipates completing Plaintiff's deposition and Rule 35 exam in the next several months. Because Plaintiff is located in Bradenton, Florida, he may not be available at this time to travel to Denver, Colorado for the Rule 35 exam. The parties are in the process of attempting to agree on terms and protocols for the exam, and the location of the exam.  Passengers on the subject flight, Plaintiff's family members and Plaintiff's treating physicians may need to be deposed as well.

Plaintiff seeks the depositions of flight attendants involved in the alleged incident. One of the flight attendants, however, is no longer employed by Frontier, and the parties need additional time to locate and attempt to complete the deposition of this individual. The parties are in the process of attempting to schedule the deposition of the other flight attendant involved, who

continues to be employed by Frontier. Depending on the outcome of the depositions of the flight attendants, it may be necessary for Plaintiff to seek deposition testimony pursuant to Fed. R. Civ. P. 30(b)(6).

The additional time sought by this joint motion may allow the parties to complete the aforementioned tasks, although it remains to be seen how long the pandemic-related restrictions on normal activities will remain in effect. The parties have been working diligently to complete fact discovery, which includes the production of thousands of pages of documents. Written discovery is ongoing, and despite the parties' best efforts, additional time is needed to complete fact and expert discovery and to provide necessary information to the parties' experts so that reports can completed before the disclosure deadlines. The parties are working expeditiously and cooperatively to conduct discovery and to otherwise comply with the Court's Scheduling Order. This is the first motion for an extension of deadlines in this case.

BY THE COURT:

_____
United States Magistrate Judge


APPROVED:

s/ Brian T. Maye
Brian T. Maye
Meaghan A. Fontein
20 S. Clark St., Suite 2500
Chicago, IL 60603
(312) 345-0700
bmaye@amm-law.com
mfontein@amm-law.com

*Attorneys for Defendant*

s/ Barry E. Newman (with consent)
Barry E. Newman

3

Spohrer & Dodd, P.L.
76 S. Laura Street, Ste 1701
Jacksonville, FL 32202
(904) 309-6500
bnewman@sdlitigation.com

*Attorney for Plaintiff*

4