IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00057

CRAIG TROYER,

*Plaintiff,*

v.

FRONTIER AIRLINES, INC.,

*Defendant.*

## Plaintiff's Notice of Pending Resolution

Pursuant to D.C. Colo. LCiv R.40.2(b), Plaintiff Craig Troyer hereby gives Notice that the parties have reached a tentative resolution of the matter. Plaintiff asks that the Action remain open until the parties can file a Stipulation of Dismissal, which is expected to occur within the next 35 days.

### CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of January, a true and correct copy of the foregoing has been served electronically on Brian T. Maye, Esq. (bmaye@amm-law.com) and Meaghan Fontein, Esq. (mfontein@amm-law.com).

**SPOHRER & DODD, P.L.**

/s/  Barry E. Newman
Barry E. Newman, Esq.
Florida Board Certified Aviation Attorney
Florida Bar No. 246300
76 S. Laura Street, Suite 1701
Jacksonville, FL 32202
(904) 309-6500 Phone
(904) 309-6501 Fax
bnewman@sdlitigation.com
Counsel for Plaintiff

1