## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00057-DDD-NYW

    PLAINTIFF,

v.

FRONTIER AIRLINES, INC.,

    DEFENDANT.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties bear their own respective costs and attorney's fees.

Dated:  February 17, 2021

| /s/ Barry Newman (with consent) | /s/ Brian T. Maye |
|---|---|
| Barry E. Newman, Esq.<br>Spohrer & Dodd, P.L.<br>76 S. Laura Street, #1701<br>Jacksonville, FL 32202<br>(904) 309-6500<br>bnewman@sdlitigation.com | Brian T. Maye, Esq.<br>Adler Murphy & McQuillen LLP<br>20 S. Clark Street, Suite 2500<br>Chicago, Illinois 60603<br>Tel: (312) 345-0700<br>bmaye@amm-law.com |
| Attorneys for Plaintiff | Attorneys for Frontier Airlines, Inc. |